## Louisville & Nashville Railroad Company v. Wilson, et al.

(Filed September 23, 1915.)

### Appeal from Estill Circuit Court.

ROBERT R. FRIEND, WALLACE & HARRIS and BENJAMIN D. WARFIELD for appellant.

J. M. McDANIEL and HAZELRIGG & HAZELRIGG for appellee.

RESPONSE TO PETITION FOR MODIFICATION BY JUDGE NUNN.—Granting Rehearing.

For original opinion see 165 Ky., 151.

On retrial of this cause the circuit court will omit instruction No. 3, which authorized nine or more of the jury to make a verdict. See L. & N. Railroad Co. v. Lang, 160 Ky., 702.